## Bay Circuit.

## DOUGLAS F. SMITH

### vs.

## THE BAY CITY TRIBUNE COMPANY.

*Security for Costs.*

No one who brings a suit in good faith should be sent out of court because unable to furnish security for costs.

Trespass on the case for libel.

Motion for security for costs.

This was an application for an order requiring plaintiff to file security for costs, based upon an affidavit of merits, and a showing that, after a careful search of the records, etc., it appeared that plaintiff had no property subject to execution.

THE COURT, GREEN, J., held that unless a suit is brought in bad faith, security for costs will not be required simply because the plaintiff has no property, citing Lord Eldon's doctrine that no man should be denied justice because he is poor.

Motion denied without costs.

Decided September, 1879.

*Hatch & Cooley* for the motion.
*Luther Beckwith* contra.